**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-465-MOC-DCK**

| | | |
|---|---|---|
| **INVUE SECURITY PRODUCTS INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KUM OH ELECTRONICS CO., LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Theodore T. Herhold" (Document No. 8) filed by Michael G. Adams, concerning Theodore Townsend Herhold on February 10, 2014. Mr. Theodore Townsend Herhold seeks to appear as counsel *pro hac vice* for Defendant Kum Oh Electronics Co., Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* Of Theodore T. Herhold" (Document No. 8) is **GRANTED.** Mr. Theodore T. Herhold is hereby admitted *pro hac vice* to represent Defendant Kum Oh Electronics Co., Ltd.

**SO ORDERED**.

Signed: February 10, 2014

David C. Keesler
United States Magistrate Judge