**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-465-MOC-DCK**

| | |
|---|---|
| INVUE SECURITY PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KUM OH ELECTRONICS CO., LTD., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To File Under Seal" (Document No. 17) filed March 4, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To File Under Seal" (Document No. 17) is **GRANTED**.

**SO ORDERED**.

Signed: March 4, 2014

David C. Keesler
United States Magistrate Judge