IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-465-MOC-DCK

| | |
|---|---|
| INVUE SECURITY PRODUCTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KUM OH ELECTRONICS CO., LTD., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Kum Oh Electronics Co., Ltd.'s Motion To Stay Pending Inter Partes Review Of The Patent-In-Suit" (Document No. 15) filed March 3, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that the "Kum Oh Electronics Co., Ltd.'s Motion To Stay Pending Inter Partes Review Of The Patent-In-Suit" (Document No. 15) is **DENIED**.

**SO ORDERED**.

Signed: April 3, 2014

David C. Keesler
United States Magistrate Judge