# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-465-MOC-DCK

| | |
|---|---|
| INVUE SECURITY PRODUCTS INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| KUM OH ELECTRONICS CO., LTD., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) filed by Michael G. Adams, concerning Richard J. Gray on June 3, 2014. Mr. Richard J. Gray seeks to appear as counsel *pro hac vice* for Defendant Kum Oh Electronics Co., Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) is **GRANTED.** Mr. Richard J. Gray is hereby admitted *pro hac vice* to represent Defendant Kum Oh Electronics Co., Ltd.

**SO ORDERED**.

Signed: June 3, 2014

David C. Keesler
United States Magistrate Judge